# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROY THOMAS MOULD, on behalf of himself
& all others similarly situated,

      **Plaintiff,**

-vs-                        Case No.  6:06-cv-362-Orl-28DAB

PAINCARE HOLDINGS, INC., RANDY
LUBINSKY, & MARK SZPORKA,

      **Defendant.**
_____/

STEPHEN HOFMAYER, on behalf of
himself and all others similarly situated,

      **Plaintiff,**

-vs-                        Case No.  6:06-cv-363-Orl-28DAB

PAINCARE HOLDINGS, INC.; RANDY LUBINSKY;
and MARK SZPORKA,

      **Defendants.**
_____/

MILTON PFEIFFER, on behalf of himself
and all others similarly situated,

      **Plaintiffs,**

v.                         Case No.  6:06-cv-373-Orl-28DAB

PAINCARE HOLDINGS, INC., RANDY
LUBINSKY, MARK SZPORKA,
      **Defendants.**
_____/

**MICHAEL CHOPYK, on behalf of himself,**
**and all others similarly situated,**

                **Plaintiff,**

v.                                                              **Case No.  6:06-cv-374-Orl-31DAB**

**PAINCARE HOLDINGS, INC., RANDY**
**LUBINSKY and MARK SZPORKA,**

                **Defendant.**
_____/

**BENJAMIN ATLURI, on behalf of himself**
**and all others similarly situated,**

                **Plaintiff,**

v.                                                              **Case No.  6:06-cv-379-Orl-28DAB**

**PAINCARE HOLDINGS, INC.; RANDY LUBINSKY;**
**and MARK SZPORKA,**

                **Defendants.**
_____/

**MARK J. ZAUSMER, on behalf of himself**
**and all others similarly situated,**

                **Plaintiff,**

-vs-                                                           **Case No.  6:06-cv-396-Orl-31DAB**

**PAINCARE HOLDINGS, INC.,**
**RANDY LUBINSKY,**
**MARK SZPORKA,**

                **Defendants.**
_____/

**MARGARET HANSEN, on behalf of herself**
**and all others similarly situated,**

                **Plaintiff,**

-vs-                                                            **Case No.  6:06-cv-417-Orl-28DAB**

**PAINCARE HOLDINGS, INC., RANDY LUBINSKY, and MARK SZPORKA,**

       **Defendants.**
_____/

**DONALD G. MARKS, on behalf of himself and all others similarly situated,**

       **Plaintiff,**

vs.                      **Case No.  6:06-cv-490-Orl-28DAB**

**PAINCARE HOLDINGS, INC., RANDY LUBINSKY, & MARK SZPORKA,**

       **Defendants.**
_____/

**CONRAD L. HOOVER, on behalf of himself & all others similarly situated,**

       **Plaintiff,**

vs.                      **Case No.  6:06-cv-512-Orl-28DAB**

**PAINCARE HOLDINGS, INC., RANDY LUBINSKY, & MARK SZPORKA,,**

       **Defendant.**
_____/

**SHEPPARD L. MASAREK, on behalf of himself and all others similarly situated,**
       **Plaintiff,**

vs.                      **Case No.  6:06-cv-587-Orl-28DAB**

**PAINCARE HOLDINGS, INC.,
RANDY LUBINSKY,
MARK SZPORKA,**

       **Defendants.**
_____/

**JEFFREY A. MILLER, HENRY MILLER, JUDY MILLER AND KAREN MILLER, on behalf of themselves and for a class of**

**similarly situated persons,**
                                 **Plaintiffs,**

vs.                                                                                        Case No.  6:06-cv-676-Orl-28DAB

**PAINCARE HOLDINGS, INC.,**

                            **Defendants.**
_____/

## AMENDMENT TO REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came before this Court pursuant to the filing of a Supplemental Memorandum in the above cases, as directed by the previous Report of this Court (Doc. No. 45 in Lead Case). As the putative Lead Plaintiff has now made a sufficient showing as to the appropriateness of the selected counsel, the prior Report of the Court is hereby **amended** to recommend approval of the law firm of Barrack, Rodos & Bacine as Lead Counsel, and the firm of Williams, Schifino, Mangione & Steady, P.A., as Liaison Counsel. In all other respects, the prior Report is unchanged.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 28, 2006.

                                                   *David A. Baker*
                                              DAVID A. BAKER
                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy