# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

PAINCARE HOLDINGS SECURITIES LITIGATION

Lead Case No.  6:06-cv-362-Orl-28DAB
Member Cases: 6:06-cv-363-Orl-28DAB
6:06-cv-373-Orl-28DAB
6:06-cv-374-Orl-28DAB
6:06-cv-379-Orl-28DAB
6:06-cv-396-Orl-28DAB
6:06-cv-417-Orl-28DAB
6:06-cv-490-Orl-28DAB
6:06-cv-512-Orl-28DAB
6:06-cv-587-Orl-28DAB
6:06-cv-676-Orl-28DAB

_____/

# ORDER

This case is before the Court on Defendants' Motion to Dismiss Consolidated Class Action Complaint (Doc. No. 70) filed October 20, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the Lead Plaintiff and the Defendants' Brief in Opposition to Plaintiff's objections, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed March 26, 2007 (Doc. No. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The motion to dismiss (Doc. 70) is **GRANTED**.

3.     Plaintiff is granted leave to amend its complaint consistent with the analysis of the Report and Recommendation. The amended complaint shall be filed no later than May 23, 2007.

4.     Plaintiff's request for oral argument (Doc. 103) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25___ day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party