UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

PAINCARE HOLDINGS SECURITIES LITIGATION

Lead Case No. 6:06-cv-362-Orl-28DAB

_____/

# ORDER

This case is before the Court on Defendants' Motion to Dismiss Amended Class Action Complaint (Doc. No. 109) filed June 7, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

Oral argument on the objections to the Report and Recommendation had been scheduled pursuant to a request by Defendants' counsel, but was later cancelled pursuant to an unopposed motion because of a conflict in Plaintiff's counsel's schedule. Due to this Court's trial calendar, it is not possible to reschedule the oral argument without further delay of this matter. Therefore, the Court has elected to proceed without benefit of oral argument.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 16, 2007 (Doc. No. 122) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Dismiss Amended Class Action Complaint (Doc. No. 109) is **DENIED**.

3. Defendants shall answer the Amended Complaint within eleven (11) days of the date of this Order.

4. The stay on the Case Management and Scheduling Order (Doc. No. 97) is lifted and the parties are directed to file, no later than February 29, 2008, an amended Case Management Report with a trial term commencing March, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of February, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party