UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-----------------------------------------------------x
                                                     :
IN RE PAINCARE HOLDINGS, INC.        :        CASE NO. 6:06-cv-362-Orl-28DAB
SECURITIES LITIGATION                   :
                                                     :
This Document relates to:                 :
All Actions                                     :
                                                     :
-----------------------------------------------------x

[ ORDER APPROVING MOTION FOR AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
OF LITIGATION AND CLAIMS ADMINISTRATION

This matter having come before this Court upon the Motion of Plaintiffs' Counsel for

an award of attorneys' fees, and for reimbursement of expenses of litigation and claims

administration, and the Court having considered the motion and supporting documentation,

and any response thereto, and the Court having conducted a hearing on September 15, 2008,

and good cause having been shown,

It is on this _15_ day of _September_, 2008, hereby ORDERED and

DECREED:

1.      Plaintiffs' counsel's motion for an award of attorneys' fees is GRANTED.

Plaintiffs' counsel are awarded the sum of $500,000 in attorneys' fees.

2.     Plaintiffs' counsel's motion for reimbursement of litigation expenses is GRANTED. Plaintiffs' counsel are awarded the sum of $59,889.00 in litigation expenses.

3.     Plaintiffs' Lead Counsel shall, in the exercise of its discretion, allocate the total fee award and reimbursement of litigation expenses based upon its assessment of the value of the contribution provided by each firm.

4.     The motion for reimbursement of claims administration expenses is GRANTED. Lead Counsel is directed to pay Heffler, Radetich & Saitta $54,456.92 out of the settlement fund for claims administration expenses.

5.     Each of the payments referenced in paragraphs 1-4, supra, shall also include the proportionate share of interest earned on that portion of the settlement fund.

The Honorable John Antoon, II
United States District Judge

2