# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:**

**PAINCARE HOLDINGS SECURITIES LITIGATION**

                                      Lead Case No. 6:06-cv-362-Orl-28DAB
                            Member Cases: 6:06-cv-363-Orl-28DAB
                                                   6:06-cv-373-Orl-28DAB
                                                     6:06-cv-374-Orl-28DAB
                                                     6:06-cv-379-Orl-28DAB
                                                     6:06-cv-396-Orl-28DAB
                                                     6:06-cv-417-Orl-28DAB
                                                     6:06-cv-490-Orl-28DAB
                                                     6:06-cv-512-Orl-28DAB
                                                     6:06-cv-587-Orl-28DAB
                                                     6:06-cv-676-Orl-28DAB

_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR DISBURSEMENT OF FUNDS (Doc. No. 164)**
>
> **FILED:** February 19, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As set forth in the motion, accompanying memorandum and Declarations (Doc. Nos. 165-67), counsel for the Plaintiff class moves for an Order: 1) approving the decisions of the Claims

Administrator and counsel in connection with the administration of the settlement of the actions; 2) authorizing payment from the settlement fund to the Claims Administrator (Heffler, Radetich & Saitta, L.L.P.) for its final invoice for services rendered or to be incurred in connection with administration of the settlement; 3) authorizing payment from the settlement fund to the Internal Revenue Service of any taxes that may be due and owing on the interest earned by the settlement fund; and 4) authorizing the distribution of the settlement fund by the Claims Administrator to members of the plaintiff class who have filed valid proof of claim forms and whose claims have received Court approval. The Plan of Allocation has already received Court approval and the papers indicate that no claimant has contested the disposition of his or her claim.

As the proposed distribution is consistent with the District Judge's findings set forth in earlier Orders and the Final Judgment, and in the absence of any objections to the instant motion, it is **respectfully recommended** that the motion be **granted,** and the distribution to the settlement class and the payment of expenses be **approved.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 18, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy