**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**PAINCARE HOLDINGS SECURITIES LITIGATION**

                        **Lead Case No.**  **6:06-cv-362-Orl-28DAB**
                       **Member Cases:**  **6:06-cv-363-Orl-28DAB**
                                             **6:06-cv-373-Orl-28DAB**
                                             **6:06-cv-374-Orl-28DAB**
                                             **6:06-cv-379-Orl-28DAB**
                                             **6:06-cv-396-Orl-28DAB**
                                             **6:06-cv-417-Orl-28DAB**
                                             **6:06-cv-490-Orl-28DAB**
                                             **6:06-cv-512-Orl-28DAB**
                                             **6:06-cv-587-Orl-28DAB**
                                             **6:06-cv-676-Orl-28DAB**

_____/

# ORDER

This case is before the Court on Plaintiff's Motion for Approval of Distribution of the Settlement Fund to the Plaintiff Class (Doc. No. 164) filed February 19, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.     That the Report and Recommendation filed March 18, 2010 (Doc. No. 168) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Approval of Distribution of the Settlement Fund to Plaintiff Class (Doc. No. 164) is **GRANTED**.

3. The decisions of the Claims Administrator and counsel in connection with the administration of the settlement of the actions are approved.

4. The Court authorizes payment from the settlement fund to the Claims Administrator (Heffler, Radetich & Saitta, L.L.P.) for its final invoice for services rendered or to be incurred in connection with administration of the settlement.

5. The Court authorizes payment from the settlement fund to the Internal Revenue Service of any taxes that may be due and owing on the interest earned by the settlement fund.

6. The Court authorizes the distribution of the settlement fund by the Claims Administrator to members of the plaintiff class who have filed valid proof of claim forms and whose claims have received Court approval.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge